

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LECG CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-3247 |
| MANUEL ABDALA, et al. | : | |

**MEMORANDUM AND ORDER**

FILED
MAY 15 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On May 10, 2012, the Court was advised that the settlement reached on April 25, 2012 between Plaintiff, LECG Corporation, and Defendant, Thomas Kabat, could not be finalized and signed because of a number of disputes between the parties concerning both the terms of the settlement itself and the formal language of the settlement agreement.

At the request of the Court, each side has now submitted to the undersigned a written summary of their disputes. Having read these lengthy and detailed summaries, it is obvious to the Court that these disputes are far too numerous and complex to be resolved by holding a phone conference. As a result, and consistent with the Court's March 20, 2012 memo to the parties (copy attached), we issue the following

**ORDER**

**1. A second settlement conference in the above captioned matter has been scheduled before the undersigned on <u>TUESDAY MAY 29, 2012, at 10:00 a.m.</u>, in Chambers, Room 3006, United States Courthouse, 601 Market St., Philadelphia, PA 19106.**

**2. In addition to both trial counsel, Plaintiff's in-house counsel, Jan Call, and Defendant, Thomas Kabat, must attend in person.**

ENTERED
MAY 15 2012
CLERK OF COURT

BY THE COURT:

_____
JACOB P. HART, M.J.